| | | |
|---|---|---|
| 20283 | Eline v. State | Affirmed |
| 19346 | State v. Hicks | Affirmed |
| 19943 | State v. Wong | Affirmed |

## September 25, 1997

| | | |
|---|---|---|
| 18743 | Time Warner Communications of Hawaii, L.P., Application of | Appeal Dismissed |

## September 29, 1997

| | | |
|---|---|---|
| 19269 | Estate of Campbell, Application of; F.E. Trotter, Inc. v. Chiyoda Pacific, Inc. | Affirmed |
| 19545 | State v. Allen | Affirmed |
| 19480 | State v. MacDonald | Affirmed |